IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff, Case No. 1:23-cv-01539-RMR-NRN

vs.

Rocky Mountain Ecigs LLC et al,

Defendants.
_______________________________________ /

**NOTICE OF STATUS**

Pursuant to this Court's December 23, 2025, Order (DE 35), Plaintiff, by and through undersigned counsel, files this Notice of Status and states as follows:

1. Defendants are represented by counsel (below is defendant's counsel information). Plaintiff filed its Amended Complaint, and Defendants appear not to have filed an Answer yet. Defendants own three store locations (consolidated case). Per this Court's prior order staying this matter, no further activity has occurred. Once the stay is lifted, Plaintiff is prepared to continue prosecuting the case.

Jennifer M. McCallum
The McCallum Law Firm
685 Briggs Street
P.O. Box 929
Erie, CO 80516

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030