**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

Case No. 1:23-cv-01539-RMR-NRN

vs.

Rocky Mountain Ecigs LLC et al,

**Plaintiff Motion for Extension of Time**

Defendants.

_________________________________________ /

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, respectfully moves the Court for an additional extension of time to file its response to Defendant Keith Pettersen's Motion to Dismiss and Defendant Rocky Mountain Ecigs LLC Answer (who do not oppose the request herein), and states as follows:

1. The parties are continuing to attempt to negotiate a potential resolution of this matter that may obviate or narrow the issues presented by the Motion to Dismiss and Answer (including the outstanding corporate disclosures from Defendants). In light of these ongoing discussions, Plaintiff requests an extension of the deadline to respond to the Motion to Dismiss and Answer through and including April 15, 2026. Counsel for Defendants has indicated that Defendants does not oppose the relief requested herein through April 15, 2026. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

***Intentionally Left Blank***

**WHEREFORE**, Plaintiff respectfully requests that the Court grant an additional extension of the deadline for Plaintiff to file its response to Defendant's Motion to Dismiss and Answer through and including April 15, 2026, and granting such other and further relief as the Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 1, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030