IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff, Case No. 1:23-cv-01539-RMR-NRN

vs.

Rocky Mountain Ecigs LLC et al,

Defendants.
_______________________________________ /

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, respectfully moves the Court for an extension of time to file its response to Defendant Keith Pettersen's Motion to Dismiss and Defendant Rocky Mountain Ecigs LLC Answer, and states as follows:

1. The parties are continuing to attempt to negotiate a potential resolution of this matter that may obviate or narrow the issues presented by the Motion to Dismiss and Answer (including the outstanding corporate disclosures from Defendants). In light of these ongoing discussions, Plaintiff requests an extension of the deadline to respond to the Motion to Dismiss and Answer through and including May 21, 2026. Counsel for Defendants has indicated that Defendants do not oppose the relief requested herein. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

***Intentionally Left Blank***

**WHEREFORE**, Plaintiff respectfully requests that the Court grant an extension of the deadline for Plaintiff to file its response to Defendant's Motion to Dismiss and Answer through and including May 21, 2026, and granting such other and further relief as the Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 29, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030